NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**ACTIVE NETWORK, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, BOOZ ALLEN HAMILTON, INC.,**
*Defendants-Appellees*

———————

2017-2135

———————

Appeal from the United States Court of Federal Claims in No. 1:16-cv-01071-TCW, Judge Thomas C. Wheeler.

———————

**JUDGMENT**

———————

ERIC J. MARCOTTE, Vedder Price PC, Washington, DC, argued for plaintiff-appellant. Also represented by KELLY E. BUROKER, TAMARA DROUBI; DANIEL RUBEN FORMAN, JAMES G. PEYSTER, Crowell & Moring, LLP, Washington, DC.

MOLLIE LENORE FINNAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee

United States.  Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., DOUGLAS K. MICKLE.

MARK COLLEY, Arnorld & Porter Kaye Scholer, LLP, Washington, DC, argued for defendant-appellee Booz Allen Hamilton, Inc.  Also represented by AMANDA J. SHERWOOD, STUART TURNER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  April 9, 2018  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |